# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                                          Case No.: 09-05894-3G7

     CHENEY, PETER JEFFERY, JR.,
          Debtor.

_____/

## NOTICE OF DEPOSITING FUNDS TO REGISTRY

The Trustee, Gregory L. Atwater, reports that more than ninety days have

passed and the following checks have not been presented for payment:

| CREDITOR NAME & ADDRESS | CLAIM NUMBER | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|
| OneWest Bank<br>Acct 6683001562366<br>6900 Beatrice Drive<br>Kalamazoo, MI 49009 | 4 | 110 | $ 26,331.89 |
| OneWest Bank<br>Acct 6683001562366<br>6900 Beatrice Drive<br>Kalamazoo, MI 49009 | 4 | 114 | $  166.32 (Interest) |

     Pursuant to 11 U.S.C. §347(a), the Trustee has stopped payment on the checks and attaches an estate trust account check payable to the Clerk of the Bankruptcy Court as unclaimed property.

Date: January _28_ 2011

                        Gregory L. Atwater
                        Florida Bar No.: 879134
                        Post Office Box 1865
                        Orange Park, FL 32067
                        (904) 264-2273
                        Trustee for the Estate

     A copy of this Report and the original check have been mailed to the attention of Financial Manager, United States Bankruptcy Court, Sam M. Gibbons, United States Courthouse, 801 North Florida Avenue, Suite 727, Tampa, FL 33602.

     Additionally, a copy of this report has been mailed to OneWest Bank, 6900 Beatrice Drive, Kalamazoo, MI 49009 and Office of the United States Trustee, Suite 620, 135 W. Central Blvd, Orlando, FL  32801 on this _28_ January, 2011.

Peter J. Cheney, Jr.
Nancy A. Draughon, Esquire
Gregory L. Atwater, Trustee
Office of the U.S. Trustee

                        Gregory L. Atwater